XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
RENU R. GEORGE, State Bar No. 262310
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 445-8220
  Fax:  (916) 324-5567
  E-mail:  Renuka.George@doj.ca.gov
*Attorneys for Defendants Howard Backer and
Daniel Smiley, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA FIRE CHIEFS ASSOCIATION, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**HOWARD BACKER, ET AL.,**<br><br>Defendant(s) | 2:17-cv-00116-JAM-KJN<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER THEREON [Local Rule 144(a)]**<br><br>Courtroom:  6, 14th Floor<br>Judge:  The Honorable John A. Mendez<br>Trial Date:  None Set<br>Action Filed:  January 18, 2017 |

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 144(a), Plaintiff California Fire Chiefs Association, Inc. and

Defendants Howard Backer and Daniel Smiley, by and through their respective counsel, hereby

stipulate to grant Defendants additional time to respond to Plaintiff's Complaint as set forth

below:

/ / /

/ / /

1

1  WHEREAS, Plaintiff filed a Complaint on January 18, 2017 naming Howard Backer and
2  Daniel Smiley, in their official capacities, as Defendants in this action;
3  WHEREAS, on January 31, 2017, Plaintiff served Defendants with a Waiver of Summons
4  and Complaint;
5  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(ii), Defendants'
6  response to Plaintiff's Complaint is due April 3, 2017;
7  WHEREAS, the parties joint status report is due on April 3, 2017;
8  WHEREAS, Defendants require additional time in which to respond to Plaintiff's
9  Complaint;
10  WHEREAS, the parties request additional time in which to file a joint status report;
11  WHEREAS, in the interest of justice and in an effort to enhance judicial efficiency and
12  preserve resources, Plaintiff agrees to grant Defendants twenty-one (21) days additional time in
13  which to respond to the Complaint and the parties agree to extend the time to file a joint status
14  report until fourteen (14) days after defendant files an answer to the complaint or the Court issues
15  an Order on defendants' motion to dismiss;
16  WHEREAS, the extension sought will not alter any other date of any event or deadline
17  already fixed by Court Order.
18  / / /
19  / / /
20  / / /

2

Joint Stipulation Extending Time for Defendants to Answer Complaint and [Proposed] Order thereon [Local Rule 144(a) (2:17-cv-00116-JAM-KJN)

1  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the time in which Defendants shall respond to the Complaint in this action shall be continued twenty-one days (21) days until April 24, 2017 and the time for the parties to file a joint status report shall be continued until fourteen (14) days after defendant files an answer to the complaint or the Court issues an order on defendants' motion to dismiss.

Dated:  March 30, 2017                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General

*/s/ Renu R. George*

RENU R. GEORGE
Deputy Attorney General
*Attorneys for Defendants Howard Backer and Daniel Smiley, in their official capacities*

*/s/ Joseph T. Ergastolo*

JOSEPH T. ERGASTOLO
Law Office of Wright, L'Estrange & Ergastolo
*Attorney for Plaintiff California Fire Chiefs Association, Inc.*

Dated:  March 30, 2017

SA2017105506
12638616.doc

3

**ORDER THEREON**

Based on the Parties' above Joint Stipulation, IT IS HEREBY SO ORDERED THAT the Defendants' time to serve and file a response to Plaintiff's Complaint in the above entitled action shall be extended from April 3, 2017 to April 24, 2017 pursuant to Local Rule 144(a).  Further, the parties time to file a joint status report shall be extended until fourteen (14) days after defendant files an answer to the complaint or the Court issues an order on defendants' motion to dismiss.

DATED: 3/30/2017

/s/ John A. Mendez_____

United States District Court Judge

4

Joint Stipulation Extending Time for Defendants to Answer Complaint and [Proposed] Order thereon [Local Rule 144(a) (2:17-cv-00116-JAM-KJN)